**GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM; Desert Orchid Partners, L.L.C., individually and on behalf of all others similarly situated, Appellees,**

v.

**Dwight G. HANSON; Transaction Systems Architects, Inc.; William E. Fischer; Gregory J. Duman; Edward Fuxa; David C. Russell, Appellees,**

v.

**James H. Sykora; Thomas G. Foley, Interested parties,**

**James J. Hayes, Appellant,**

**Alan Young; Karen Young, Interested parties,**

**Nancy Rosen, On Behalf of Herself and All Others Similarly Situated; Genesee County Employees' Retirement System, Appellees,**

v.

**Transaction Systems Architects, Inc.; Dwight G. Hanson, Appellees,**

**Greg Duman, Defendant,**

**William E. Fischer; Edward Fuxa, Appellees,**

**Harlan F. Seymour, Defendant,**

**James J. Hayes, Appellant,**

**David Russel, Appellee.**

No. 07–1720.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 7, 2008.

Filed: Aug. 13, 2008.

Before MURPHY, BYE, and BENTON, Circuit Judges.

PER CURIAM.

In this securities class action lawsuit, class member James Hayes appeals the district court's[1] order approving a settlement and its judgment of dismissal. Because Hayes did not timely raise (if at all) in the district court the issues he argues on appeal, we do not consider them. Accordingly, we affirm. *See* 8th Cir. R. 47B.